IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00328-PAB-MJW

JACK D. HARRISON, an Individual, and
NAOMA HARRISON, an Individual,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and
MARIO ARAGON AGENCY, a Colorado Corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Appear Telephonically (Docket No. 11) is granted.  Plaintiffs' counsel may appear by telephone for the Scheduling Conference set on April 15, 2014, at 10:00 a.m. Mountain Time by calling the court at that time at (303) 844-2403.

Date: April 14, 2014