IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00328-PAB-MJW

JACK D. HARRISON, an Individual, and
NAOMA HARRISON, an Individual,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and
MARIO ARAGON AGENCY, a Colorado Corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order to Extend Expert and Rebuttal Expert Designation Deadlines and Discovery Cutoff (Docket No. 18) is granted.  Accordingly, the Scheduling Order (Docket No. 17) is amended as follows.  The deadline to serve expert designations is now October 30, 2014.  The deadline to serve rebuttal expert designations is now November 30, 2014.  The discovery deadline is now December 30, 2014.  The Final Pretrial Conference remains set on January 21, 2015, at 9:00 a.m. with the proposed Final Pretrial Order due on or before January 14, 2015.

Date: June 18, 2014