IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00328-PAB-MJW

JACK D. HARRISON, an Individual, and
NAOMA HARRISON, an Individual,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and
MARIO ARAGON AGENCY, a Colorado Corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend the Discovery, Deposition, and Dispositive Motion Deadlines (Docket No. 28) is denied.  The original Scheduling Order (Docket No. 17) was entered seven months ago and has already been amended to extend the expert designation deadlines, the discovery deadline, and the deposition cutoff deadline.  (See Docket Nos. 20 and 24).  Now, counsel seek to extend the discovery deadline further to
April 20, 2015, and the dispositive motion deadline to May 18, 2015.  This is not a complex case, and the parties have had more than adequate time to complete discovery, including the depositions that have yet to be set despite the Scheduling Order having been entered seven months ago.  Consequently, the Scheduling Order will not be amended further, and the Final Pretrial Conference remains set on
January 21, 2015, at 9:00 a.m.

Date: November 25, 2014