IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00328-PAB-MJW

JACK D. HARRISON and
NAOMA HARRISON,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and
MARIO ARAGON AGENCY, a Colorado Corporation,,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Stipulated Motion to Dismiss Claims Between Plaintiffs and Defendant Mario Aragon Agency Without Prejudice [Docket No. 30] pursuant to Fed. R. Civ. P. 41(a).

    Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants.  See *Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant).  Upon the filing of the Stipulated Motion [Docket No. 30], this action was dismissed without prejudice as to defendant Mario Aragon Agency.  No order of dismissal is necessary.

    DATED November 26, 2014.