# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-00328-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**   January 08, 2015 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| JACK D. HARRISON, an Individual, and NAOMA HARRISON, an Individual, | - - - no appearance - - - |
| Plaintiff(s), | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, and MARIO ARAGON AGENCY, a Colorado Corporation, | Katherine B. Johnson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   TELEPHONIC  MOTION  HEARING**
**Court in session:**   2:09 p.m.
Court calls case.  Appearance  of counsel for Defendant.  The time set for this Motion Hearing is 2:00 p.m. The Court has waited to call the case to allow time for Plaintiffs' counsel to appear. Plaintiffs' counsel, James B. Panther, failed to appear as directed, did not seek a continuance, and did not telephone the court at the time set for the conference to make the court aware of any unavoidable reason for noncompliance.

**It is ORDERED:**   A   **SHOW CAUSE HEARING** is set  **JANUARY 28, 2015 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Plaintiffs' counsel, James B. Panther, **shall appear in person.**
Defendant's counsel may appear by telephone by calling (303)844-2403 at the scheduled time.
A written ORDER TO SHOW CAUSE shall issue.

The Court raises Defendant American Family's Motion to Quash Subpoena and for Protective Order Concerning Deposition of John Craver, Esq.  for discussion.

**It is ORDERED:**   Defendant American Family's MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER CONCERNING DEPOSITION OF JOHN CRAVER, ESQUIRE [Docket No.  **36**, filed December 23, 2014]   is

**GRANTED** for reasons as set forth on the record.

**It is ORDERED:** The deposition of JOHN CRAVER, ESQ. shall be had JANUARY 20, 2015 starting at 1:00 p.m. (Mountain Time).

HEARING CONCLUDES.

**Court in recess:** 2:18 p.m.
Total In-Court Time: 00:09

To order a transcript of this proceedings, contact Avery Woods Reporting (303) 825-6119 or Toll Free 1-800-962-3345.