# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 14-cv-00328-PAB-MJW | FTR - Courtroom A-502 |
| **Date:** February 04, 2015 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| JACK D. HARRISON, an Individual, and NAOMA HARRISON, an Individual, | James B. Panther |
| Plaintiff(s), | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, | Debra K. Sutton<br>Katherine B. Johnson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: SHOW CAUSE HEARING / FINAL PRETRIAL CONFERENCE / MOTION HEARING**
**Court in session:** 10:22 a.m.
Court calls case. Appearances of counsel.

The Court raises the Order to Show Cause [Docket No. 46] for discussion.
Mr. Panther responds.

**It is ORDERED:**  The ORDER TO SHOW CAUSE [Docket No. **46**, filed January 08, 2015] is discharged.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:  The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

Trial Preparation Conference date and dates for a six (6) day trial are provided to the parties. It is noted Judge Brimmer does not hold trials on Fridays.

The Court raises Plaintiffs' Motion to Amend Scheduling Order to Extend Expert Rebuttal Deadline. Argument presented by James B. Panther and Katherine B. Johnson.

**It is ORDERED:**  Plaintiffs' MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERTS REBUTTAL DEADLINE [Docket No. **55**, filed February 02, 2015] is **DENIED** for reasons as set forth on the record.

Hearing concluded.

**Court in recess:**   11:03 a.m.
Total in-court time: 00:42

To order a transcript of this proceedings, contact  Avery Woods Reporting   (303) 825-6119  or    Toll Free   1-800-962-3345.