IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00328-PAB-MJW

JACK D. HARRISON and
NAOMA HARRISON,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 84].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 84] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED July 9, 2015.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge